# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARMEN PITTMAN

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

C.A. No. 15-106 KBJ

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, by counsel, moves for a thirty day extension of time to file its response to the Complaint in this case. Plaintiff consents to the relief sought in this motion. This motion is merited for the following reasons.

1. Undersigned counsel was recently assigned this case and needs additional time to consult with the agency and review the file before preparing defendant's response to the complaint.

2. Undersigned counsel is occupied with depositions and motions practice over the next several weeks that will prevent him from being able to prepare a response to the complaint earlier that June 25, 2015.

3. Plaintiff's counsel consents to defendant receiving an additional thirty days to respond to the complaint.

4. Granting this motion would be in the interests of justice and would not prejudice plaintiff or adversely affect the Court's calendar in this case.

Wherefore, defendant moves for a thirty day extension of time to June 25, 2015 to file its response to the Complaint in this case

Respectfully submitted

VINCENT H. COHEN, JR., DC BAR # 471489

Acting United States Attorney
for the District of Columbia


DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division


_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
555 Fourth Street, N.W.
Room E-4218
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for the Defendant